UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHASITY NICOLE JOHNSON, )
          Plaintiff, )
          **)**      **JUDGMENT**
        v. )
          )      Case No. 5:25-CV-6-KS
FRANK J. BISIGNANO, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

    This action came before court for judicial review pursuant to 42 U.S.C. § 405(g) of a final administrative decision of the Social Security Administration.

    IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is affirmed.

This judgment filed and entered on February 25, 2026, with *electronic service* upon the following:

**R. David Wicker, Jr.**
**Angela Cinski**
*Counsel for Plaintiff*

**Wanda Mason**
**Samantha Zeiler**
*Counsel for Defendant*

                                   **PETER A. MOORE, JR.**
                                     **CLERK, U.S. DISTRICT COURT**

DATE: February 25, 2026              /s/ *Shelia D. Foell*

                                   (By): Shelia D. Foell
                                   Deputy Clerk, U.S. District Court